IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| INVESTUSA HOLDING ENTERPRISES, LLC, | § § § | No. 136, 2020 |
| Defendant Below Appellant, | § § § | |
| v. | § § | Court Below – Superior Court of the State of Delaware |
| 913 MARKET LLC, | § § | C.A. No. N16C-09-240 |
| Plaintiff Below, Appellee. | § § § | |

Submitted: October 21, 2020
Decided: November 5, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# O R D E R

On this 5th day of November, 2020, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the November 25, 2019 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice